**Russell W. ZEIDLER, et al., Plaintiffs–Appellants,**

v.

**A & W RESTAURANTS INC., et al., Defendants–Appellees.**

**No. 01–1341.**

United States Court of Appeals, Seventh Circuit.

Sept. 12, 2002.

Before RIPPLE, KANNE, and ROVNER, Circuit Judges.

### ORDER

After consideration of Russell Zeidler's petition for rehearing, no member of the panel has voted to grant the petition. The petition for rehearing is therefore DENIED.